AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No.  6:25-MJ-615-1 |
| DHRUV PATEL | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of Court

| Place: US DISTRICT COURT<br>100 STATE STREET<br>ROCHESTER NY 14614 | Courtroom No.:  5 |
|---|---|
| | Date and Time:   09/29/2025 2:30 pm |

This offense is briefly described as follows:

A Status Conference was scheduled to take place on September 22, 2025 at 1:30 PM.  Defendant was not present for this conference.

Defendant is ordered to appear in the Western District of New York on September 29, 2025 at 2:30 PM.

Date:  08/22/2025

_Issuing officer's signature_

MARY C. LOEWENGUTH, CLERK OF COURT

_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date:  9/26/25

_Server's signature_

Robert Tomy  DUSM

_Printed name and title_